IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ANTONIO BATTISTE,

    Plaintiff,                         No. CIV S-09-2053 GGH P

    vs.

B. VELASQUEZ, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not ye6t find the required exceptional circumstances. This order is made without prejudice to a later request which may be based on documents produced during discovery. Plaintiff's motion for the appointment of counsel will therefore be presently denied.

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 31, 2009 motion for the appointment of counsel (Docket No. 10) is denied.

DATED: September 14, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
batt2053.31