IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ANTONIO BATISTE,

    Plaintiff,                                  No. CIV S-09-2053 GGH P

    vs.

B. VELASQUEZ, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        By order, filed on January 7, 2010, plaintiff was granted an extension of time to file a response to the motion to dismiss filed by defendants Cox and Higgens, on December 7, 2009, and the motion to dismiss, filed on December 17, 2009,[1] by defendant Velasquez.  While no opposition or response by plaintiff has been filed in the court's docket, defendants' reply indicates that plaintiff served an opposition on defendants on January 28, 2010.  Although plaintiff was informed that there would be no further extension in the prior order for filing his responses, as plaintiff evidently did serve some form of an opposition, plaintiff will be granted 14 days **to file in this court** a copy of the identical response that he has previously served on the defendants in response to either or both of their motions to dismiss.  Failure to do so will result in

---

[1] An amended proof of service of the latter motion was filed on December 29, 2009.

1

1 the court's finding that plaintiff has failed to oppose the pending motions altogether.

2       IT IS SO ORDERED.

3 DATED: March 11, 2010

                      /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:009
batt2053.ord